Richard Gounaud
9 Cliffwood Road
Chester, NJ 07930
908-879-3875
rgounaud@gmail.com

**FILED**

NOV 05 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RMR ASSET MANAGEMENT COMPANY, ET AL,<br><br>Defendants. | Case No.: 18CV1895 AJB LL<br><br>**EXPEDITED MOTION FOR LIMITED PRO BONO COUNSEL AND EXTENSION OF TIME TO FILE ANSWER**<br><br>DATE: JANUARY 31, 2019<br>TIME: 2:00 P.M.<br>COURTROOM: 4A<br>JUDGE: HON. ANTHONY J. BATTAGLIA<br>MAGISTRATE: HON. LINDA LOPEZ |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 31, 2019 at 2pm at Court Room #4A before the Honorable Anthony J. Battaglia, Defendant Richard Gounaud will, and hereby requests this Court to:

- Appoint a Limited Pro Bono Counsel in the Securities and Exchange Commission's action for the purpose of filing a motion to transfer this action to United States District Court for the District of New Jersey.
- File any transfer motion under seal
- Time to answer complaint be delayed until motion to transfer has been ruled upon

Dated: 10/26/2018

Respectfully Submitted,

Richard Gounaud, *Pro Se*

EXPEDITED MOTION FOR LIMITED PRO BONO COUNSEL AND EXTENSION OF TIME TO FILE ANSWERDATE: JANUARY 31, 2019TIME: 2:00 P.M.COURTROOM: 4AJUDGE: HON. ANTHONY J. BATTAGLIAMAGISTRATE: HON. LINDA LOPEZ

Richard Gounaud
9 Cliffwood Road
Chester, NJ 07930
908-879-3875
rgounaud@gmail.com

**FILED**

NOV 05 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>RMR ASSET MANAGEMENT COMPANY, ET AL.,<br><br>Richard C. Gounaud - Defendant | Civil Case No: '18CV1895 AJB LL<br><br>**EXPEDITED MOTION FOR THE APPOINTMENT OF PRO BONO COUNSEL AND REQUEST TO FURTHER EXTEND TIME TO ANSWER THE COMPLAINT** |

1. Richard Gounaud, defendant, is requesting the court to appoint a Pro Bono Counsel for the limited purpose of transferring the above case from California to New Jersey.
2. Mr. Gounaud requests to also file the transfer motion under seal due to the fact that the motion will include defendant's health and financial information as necessary grounds for this motion.
3. Mr. Gounaud also requests that his time to Answer to the above complaint be further extended until the "motion to transfer" can be decided by the court.
4. This court currently extended time until 12/7/2018 for Mr. Gounaud to file his answer to the complaint due to a health emergency.
5. Mr. Gounaud does not have the resources to retain an attorney because his only income is social security and limited part-time income.
6. Mr. Gounaud cannot travel to represent himself in front of Judge Battaglia and asks that any hearing be done telephonically in regards to this matter.

Without a change in venue, Mr. Gounaud will not be able to properly defend this complaint. Since a change in venue filing is a complex document, for Mr. Gounaud to effectively and properly file this motion, Pro Bono Counsel would be invaluable. Mr. Gounaud cannot afford this counsel, nor does he know how to properly present this motion to the court. He asks the courts help in this matter via Limited Pro Bono Counsel.

Mr. Gounaud has co-operated with the Securities and Exchange Commission (SEC) by accepting their request for a Waiver of Service. Mr. Gounaud has worked together with the SEC for an extension in time to respond, due to a medical emergency.

Mr. Gounaud will be representing himself for the rest of the proceedings relating to this motion.

EXPEDITED MOTION FOR THE APPOINTMENT OF PRO BONO COUNSEL AND REQUEST TO FURTHER EXTEND TIME TO ANSWER THE COMPLAINT - 1

Respectfully submitted this 25th day of October, 2018.

*[signature]*

Richard Gounaud Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that I transmitted the foregoing documents using the U.S. Postal Service on October 25, 2018 and that service on all counsel of record will be accomplished by First Class Mail to:

Nicholas A. Pilgrim
Security and Exchange Commission
100 F Street, NE
Washington, DC 20549

Thomas Knuts
Sher Tremonte LLP
90 Broad Street,
23rd Floor
New York, New York 10004
Attorney for Michael S. Murphy and Jocelyn Murphy

EXPEDITED MOTION FOR THE APPOINTMENT OF PRO BONO COUNSEL AND REQUEST TO FURTHER EXTEND TIME TO ANSWER THE COMPLAINT - 2