UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RMR ASSET MANAGEMENT COMPANY, et al.,<br><br>Defendants. | Case No.: 18cv1895-AJB (LL)<br><br>**ORDER RE DEFENDANT RICHARD C. GOUNAUD'S EX PARTE MOTION FOR A PARTIAL TEMPORARY STAY IN SCHEDULING ORDER**<br><br>**[ECF No. 90]** |

On May 16, 2019, *nunc pro tunc*, Defendant Richard Gounaud, appearing *pro se*, filed a document titled "Richard C. Gounaud's Ex Parte Motion For A Partial Temporary Stay In Scheduling Order." ECF No. 90. It appears that when Defendant Gounaud signed this document on May 15, 2019, he had not yet received the Court's May 15, 2019 order (1) denying his motion to appoint counsel; (2) denying his request for extension of time to answer the complaint as moot; and (3) denying his motion to strike Plaintiff's complaint. See Docket; ECF No. 85. Nevertheless, Defendant requests "a 30 day stay of the date to of June 14th while the defendant seeks further clarification and then be able to clearly file any additional motions including an answer to the complaint if the court decides not to rule on

///

1

the motion to strike." ECF No. 90 at 3. No other party has filed an opposition to Defendant's ex parte motion. See Docket.

The Court is unclear as to what exactly Defendant Gounaud is seeking, but after reviewing the Scheduling Order, it appears that the requested date of June 14, 2019 is approximately thirty days after the May 16, 2019 deadline to file any motion to join other parties, to amend the pleadings, or to file additional pleadings. See ECF No. 76 at 1. Therefore, the Court will interpret Defendant's ex parte motion as a request to continue the May 16, 2019 deadline to join other parties, to amend the pleadings, or to file additional pleadings. The Court notes that Defendant Gounaud filed a motion to change venue on May 16, 2019 and that District Judge Anthony J. Battaglia recently issued a briefing schedule on the motion. ECF Nos. 86, 93. In light of the pending motion to change venue, the Court finds it appropriate to **VACATE** the May 16, 2019 deadline to file any motion to join other parties, to amend the pleadings, or to file additional pleadings until after the District Judge issues a ruling on the motion to change venue. Defendant Gounaud is **ORDERED** to contact the chambers of the undersigned Magistrate Judge within three days of the ruling on the motion to change venue so that the vacated deadline may be reset if necessary.

**IT IS SO ORDERED**.

Dated: May 22, 2019

Honorable Linda Lopez
United States Magistrate Judge