JAMES E. SMITH (DC Bar No. 482985)
Email:  smithja@sec.gov
CHRISTIAN SCHULTZ (DC Bar No. 485557)
Email:  schultzc@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-4740 (Schultz)
Facsimile: (301) 623-1187

[ADDITIONAL COUNSEL APPEAR ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>RMR ASSET MANAGEMENT COMPANY, et al.,<br><br>          Defendants. | Case No. 3:18-cv-01895-AJB-LL<br><br>**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE AND EXTEND ALL REMAINING PRE-TRIAL DATES** |

Pursuant to Section II.C of the Civil Case Procedures of the Hon. Anthony J. Battaglia, and Section IV of the Civil Chambers rules of the Hon. Linda Lopez, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Jocelyn Murphy and Michael Murphy (the "Murphy Defendants") and *pro se* Defendant Richard Gounaud ("Gounaud") (collectively, "Defendants"), by and through their

respective counsel, hereby move jointly to postpone the July 8, 2020 settlement conference and extend the remaining pre-trial dates in the scheduling order. In support of this Joint Motion, the parties state as follows:

1. On September 9, 2019, the Court issued an Order on the parties' joint stipulation to extend discovery dates and set the following pre-trial schedule. Dkt. 106.

   - Pretrial Motion Deadline – April 24, 2020
   - Confidential Settlement Statements – June 30, 2020
   - Mandatory Settlement Conference – July 8, 2020 at 9:30 a.m.
   - FRCP 26(a)(3) Pretrial Disclosures – July 23, 2020
   - Civil LR 16.1.f.4 Meeting – July 30, 2020
   - Objections to Pretrial Disclosures – August 6, 2020
   - Proposed Final Pretrial Conference Order – August 13, 2020
   - Final Pretrial Conference – August 20, 2020 at 2:00 p.m.

2. On April 24, 2020, the SEC filed its motion for summary judgment. Dkt. 115.

3. On April, 24, 2020, Judge Battaglia's chambers scheduled argument on the SEC's motion for June 25, 2020. The Court further set a briefing schedule that concluded on May 22, 2020. Dkt. 116.

4. On May 4, 2020, the parties filed a joint motion to extend the dates for summary judgment response and reply briefing, Dkt. 117, which the Court granted on May 8, 2020. Dkt. 118. In the May 8 Order, the Court has summary

judgment briefing concluding on June 18, 2020, with a hearing on the SEC's Motion on July 16, 2020. Dkt. 118.

5. On June 9, 2020, undersigned counsel for the SEC spoke with a law clerk for Magistrate Judge Lopez about in-person appearances at the July 8, 2020 settlement conference in light of the COVID-19 pandemic, and possibly re-schedule that conference in light of the summary judgment hearing scheduled for July 16, 2020. A joint motion seeking relief was suggested.

6. The parties have conferred and jointly believe that the Court's ruling on the SEC's summary judgment motion will provide clarity on (if not resolution of) the claims and defenses at issue in this case, and will substantially impact the parties' settlement positions. The Court's ruling also will have a substantial impact on the parties' preparation of final pretrial disclosures and the final pretrial order regardless of how the Court rules on the SEC's Motion.

7. Accordingly, the parties jointly move the Court to postpone the July 8, 2020 settlement conference and extend the remaining pre-trial dates as follows:

- Confidential Settlement Statements – August 24, 2020
- Mandatory Settlement Conference – September 1, 2020 at 9:30 a.m.
- FRCP 26(a)(3) Pretrial Disclosures – September 16, 2020
- Civil LR 16.1.f.4 Meeting – September 22, 2020
- Objections to Pretrial Disclosures – September 29, 2020

- Proposed Final Pretrial Conference Order – October 6, 2020

- Final Pretrial Conference – October 13, 2020 at 2:00 p.m.

WHEREFORE, the Parties jointly move to modify, as detailed above, the dates previously set in the Court's September 9 Order (Dkt. 106).

| Dated:  June 10, 2020 | Respectfully submitted, |
|---|---|
| | */s/ Christian Schultz*<br>CHRISTIAN SCHULTZ<br>James E. Smith<br>Attorneys for Plaintiff<br>Securities and Exchange Commission<br><br>/s/ _____<br>Robert Knutz (*Admitted Pro Hac Vice*)<br>SHER TREMONTE LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004<br>Telephone: (212) 202-2638<br>Email: rknuts@shertremonte.com<br><br>Thomas D. Mauriello (CA Bar No. 144811)<br>MAURIELLO LAW FIRM, APC<br>1230 Columbia Street, Suite 1140<br>San Diego, CA 92101<br>Tel: (619) 940-1606<br>Fax: (949) 606-9690<br>Email: tomm@maurlaw.com<br><br>*Attorneys for Defendants*<br>*Jocelyn Murphy and Michael Sean Murphy*<br><br>RICHARD C. GOUNAUD *pro se*<br>By: /s/_____/<br><br>Richard C. Gounaud, *Pro Se* |