JAMES E. SMITH (DC Bar No. 482985)
Email: smithja@sec.gov
CHRISTIAN SCHULTZ (DC Bar No. 485557)
Email: schultzc@sec.gov
KEVIN GUERRERO (AZ Bar No. 023673)
Email: guerrerok@sec.gov
LAURA J. CUNNINGHAM (DC Bar No. 1029465)
Email: cunninghaml@sec.gov
WARREN E. GRETH, JR. (VA Bar No. 72988)
Email: grethw@sec.gov
CORI M. SHEPHERD (DC Bar No. 993503)
Email: shepherdco@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-8430
Facsimile: (202) 772-9282

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RMR ASSET MANAGEMENT COMPANY, et al.,<br><br>Defendants. | Case No. 3:18-cv-01895-AJB-LL<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR REMEDIES ORDER AND ENTRY OF FINAL JUDGMENT**<br><br>Date: December 3, 2020<br>Time: 2:00 p.m.<br>Ctrm: 4A<br>Judge: Hon. Anthony J. Battaglia |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTONREYS OF RECORD:**

**PLEASE TAKE NOTICE:** On December 3, 2020 at 2:00 p.m., or as soon thereafter as may be heard, in the United States District Court for the Southern District of California, Courtroom 4A, located at 221 West Broadway, San Diego, CA 92101, Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move this Court for an order on remedies, entry of final judgment, and dismissal with prejudice of the SEC's Third Claim for Relief – for Violations of MSRB Rule G-17 – against Defendant Jocelyn M. Murphy.

This motion is based upon this Notice of Motion; the attached Memorandum of Points and Authorities; supporting declarations and exhibits; the Court's records and files in this action; and such further argument as may be presented to the Court in further briefing or at the time of the hearing on this motion. A copy of the SEC's proposed judgment against each Defendant is being filed with this motion.

 Dated:  September 25, 2020                Respectfully submitted,


                                           */s/ James E. Smith*
                                           _____
                                           JAMES E. SMITH
                                           Christian Schultz
                                           Laura J. Cunningham
                                           Cori M. Shepherd
                                           Kevin Guerrero
                                           Attorneys for Plaintiff
                                           Securities and Exchange Commission

# CERTIFICATE OF SERVICE

I hereby certify that, on September 25, 2020, I served Plaintiff's Motion and Memorandum of Points and Authorities in Support of Motion for Remedies to be Imposed Against Defendants on the individuals identified on the service list provided below by the following means:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I or someone on my behalf deposited in a facility regularly maintained by UPS or delivered to a UPS courier.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 25, 2020           */s/ James E. Smith*
                                      James E. Smith

**SEC v. RMR ASSET MANAGEMENT COMPANY, et al.**
**United States District Court—Southern District of California**
**Case No. 3:18-cv-01895-AJB-LL**

**SERVICE LIST**

Robert Knuts, Esq. **(served by email only)**
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Email: rknuts@shertremonte.com
*Counsel for Defendants Jocelyn M. Murphy and Michael S. Murphy*

Thomas D. Mauriello, Esq. **(served by email only)**
Mauriello Law Firm, APC
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Email: tomm@maurlaw.com
*Counsel for Defendants Jocelyn M. Murphy and Michael S. Murphy*

Richard Gounaud **(served by email only)**
9 Cliffwood Road
Chester, NJ 07930
*Defendant in Pro Se*