# Appendix A

## APPENDIX A – MONETARY PENALTIES IN SIMILAR CASES

| Sanctioned Person | Case Name/Number | Monetary Penalty | Notes |
|---|---|---|---|
| Broekhuizan, Bruce A. | *SEC v. RMR* | $45,000 | Associated with RMR; accused of fraud by SEC. |
| Burdulis, Craig | In re Boenning & Scattergood, Inc., et al. AP File No. 3-19749 | $30,000 | Improperly obtained new issue municipal bonds by using unregistered brokers to place customer orders. |
| Costas, William S. | In re William S. Costas; AP File No. 3-19884 | $25,000 | Registered representative who wrongfully placed orders during retail order periods and submitted some flipper customer orders with inaccurate zip codes. |
| Derryberry, Douglas J. | *SEC v. RMR* | $45,000 | Associated with RMR; accused of fraud by SEC. |
| Dora, Deborah | *SEC v. Core Performance Management, LLC*, 18-cv-81081-BB (S.D. Fla.) | $70,000 | Employee of CPM; purchased new issue municipal bonds in primary offerings from underwriters; immediately sold to broker-dealer customers for a profit. |
| Fagan, James | In re NW Capital Markets Inc. et al., AP No. 3-18640 | $10,000 | NW Capital managing director and chief compliance officer; improper trading in municipal bonds; engaged in "flipping" municipal bonds. |
| Frost, David R. | *SEC v. RMR* | $70,000 | Associated with RMR; accused of fraud by SEC. |

| | | | |
|---|---|---|---|
| Gillespie, Brian | In re Boenning & Scattergood, Inc. AP File No. 3-19749 | $30,000 | Improperly obtained new issue municipal bonds by using unregistered brokers to place customer orders. |
| Kelly, Neil P. | *SEC v. RMR* | $45,000 | Associated with RMR; accused of fraud by SEC. |
| Kirschenbaum, John M. | *SEC v. RMR* | $45,000 | Associated with RMR; accused of fraud by SEC. |
| Luttbeg, David S. | *SEC v. RMR* | $7,500 | Associated with RMR; sole charge by SEC was failure to register as broker-dealer. |
| Marvin, John | In re John J. Marvin; AP File No. 3-19885 | $25,000 | Registered representative and investment adviser at UBS; submitted inaccurate zip codes corresponding to the locations of the issuers in those offerings to the UBS syndicate desk. |
| McAloon, Timothy J. | *SEC v. RMR* | $70,000 | Associated with RMR; accused of fraud by SEC. |
| Mesite, Sharlene | *SEC v. CPM* | $70,000 | Employee of CPM; purchased new issue municipal bonds in primary offerings from underwriters; immediately sold to broker-dealer customers for a profit. |
| Morris, Charles K. | In re Charles Kerry Morris, AP No. 3-18639 | $75,000 | NW Capital head of municipal underwriting, sales, and trading; facilitated "flipping" of municipal bonds; accepted undisclosed and improper payments in exchange for Morris's agreement to purchase new issue bonds. |

| | | | |
|---|---|---|---|
| Muldoon, Thomas | In re Thomas C. Muldoon, AP File No. 3-19408 | $25,000 | Submitted fraudulent retail orders in primary offerings in order to obtain bonds for Wells Fargo's inventory. |
| O'Neil, James | *SEC v. CPM* | $7,500 | Independent contractor at CPM; purchased new issue municipal bonds in primary offerings from underwriters; immediately sold to broker-dealer customers for a profit. |
| Orellana, Jerry E. | In re Jerry E. Orellana; Exch. Act Rel. No. 88784 | $25,000 | Executive Director and Municipal Bond Trader at UBS; submitted retail orders for bonds on behalf of customers who engaged in buying and immediately reselling or "flipping" new issue bonds; created and supplied inaccurate zip codes with some orders. |
| Pinzon, Anadel | *SEC v. CPM* | $70,000 | Independent contractor at CPM; purchased new issue municipal bonds in primary offerings from underwriters; immediately sold to broker-dealer customers for a profit. |
| Riccardi, Ralph M. | *SEC v. RMR* | $150,000 | Owner of RMR; accused of fraud by SEC. |
| Rosenthal, Chris D. | In re Chris D. Rosenthal, AP File No. 3-18936 | $75,000 | Registered representative; placed fraudulent retail orders with UBS's syndicate desk on behalf of unregistered brokers, and falsified zip codes to accompany those orders. |

| | | | |
|---|---|---|---|
| Sampayo, Eliseo | In re Eliseo Sampayo, AP File No. 3-20047 | $20,000 | Institutional municipal sales representative at Wells Fargo; accepted orders during retail order periods on behalf of a registered broker-dealer; submitted inaccurate zip codes with retail orders. |
| Scherr, James | *SEC v. CPM* | $150,000 | Majority owner and managing director of CPM; paid kickbacks to a municipal underwriter in exchange for his purchase of bonds. |
| Tran, Dewey T. | *SEC v. RMR* | $45,000 | Associated with RMR; accused of fraud by SEC. |
| Vigorito, Thomas | In re Thomas Vigorito; AP File No. 3-1997 | $40,000 | Registered representative; placed order for new issue municipal that included false zip codes. |
| Weiner, Philip A. | *SEC v. RMR* | $45,000 | Associated with RMR; accused of fraud by SEC. |
| Welsh, William W. | In re William W. Welsh; AP File No. 3-19998 | $25,000 | Registered representative; placed order for new issue municipal securities on behalf of Jocelyn Murphy (and others) that included false zip codes. fi |