# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RMR ASSET MANAGEMENT COMPANY, et al.,<br><br>Defendants. | Case No. 3:18-cv-01895-AJB-LL<br><br>FINAL JUDGMENT AS TO RICHARD C. GOUNAUD |

Consistent with the Court's Order Granting Plaintiff Securities and Exchange's Motion for Summary Judgment (Dkt. No. 137), finding that Defendant Richard C. Gounaud ("Defendant") violated Section 15(a)(1) of the Securities and Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78o(a)(1)] and the Court's Order Granting in Part and Denying in Part the SEC's Motion for Remedies (Dkt. No. 186):

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant shall pay

civil penalties in the amount of $308,512.80, pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u-1].  Defendant shall satisfy this obligation by making this payment to the Securities and Exchange Commission within 30 days after entry of this Judgment.

     Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

       Enterprise Services Center
       Accounts Receivable Branch
       6500 South MacArthur Boulevard
       Oklahoma City, OK 73169Enterprise Services Center

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Richard C. Gounaud as a defendant; and specifying that payment is made pursuant to this Final Judgment.  Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds.

     The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval.  The Court shall retain jurisdiction over the administration of any distribution of the Fund.

     The Commission may enforce the Court's judgment for civil penalties by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 30 days following entry of this Final Judgment.  Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that for no longer than one year following the date of entry of this Final Judgment, this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IT IS SO ORDERED.

Dated:  February 12, 2021

Hon. Anthony J. Battaglia
United States District Judge